JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN ARRIAGA,<br>    Plaintiff, | CV 18-09089 DSF (KSx) |
| v. | JUDGMENT |
| FORD MOTOR COMPANY, et al.,<br>    Defendants. | |

    IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $15,942.50 in attorneys' fees and $8,732.32 in expenses, totaling $24,674.82, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 8, 2020

                                                    Dale S. Fischer
                                                  United States District Judge